No. 10230-A.   Petition of ALVIN WUEST for Writ of Habeas Corpus.

Decided July 27, 1961.

363 P.2d 384.

MR. CHIEF JUSTICE JAMES T. HARRISON:

This is an original proceeding by an inmate of the Montana State Penitentiary for a writ of habeas corpus.

This Court on March 3, 1961, 139 Mont. 616, 359 P.2d 655, denied a previous application for a writ of habeas corpus after denial in the District Court on February 9, 1961. It appears that the petitioner, represented by counsel, pleaded guilty to the crime of forgery in Rosebud County on October 5, 1960, and thereupon received a sentence of six years.

In the current application the petitioner complains that the Warden and Chaplain have somehow deprived him of his constitutional rights by neglecting to call his minister. A reading of the petition shows no legal reason for granting any relief and therefore the application is denied and the proceeding dismissed.

MR. JUSTICES ADAIR, DOYLE and CASTLES concur.